337–339 EAST THIRTIETH STREET CORPORATION, Appellant, *v.* DETROIT FIDELITY AND SURETY COMPANY, Respondent.

(Argued December 13, 1933; decided January 9, 1934.)

*David L. Podell* and *Donald I. Peyser* for appellant. *Edward G. Griffin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.